ORDERED.

Dated: **September 09, 2025**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Dailyn Alpuin Hernandez  Case No: 2:25-bk-01298-FMD
Osley Lara Gilmas,  Chapter 13

  Debtors.
_____/

**ORDER GRANTING MOVANT, DIRECT GENERAL INSURANCE COMPANY'S AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 20)**

This case came before the Court without a hearing to consider the Amended Motion for Relief from the Automatic Stay (the "Motion," Doc No. 20) filed by DIRECT GENERAL INSURANCE COMPANY ("Movant"). The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing parties of their opportunity to object within twenty-one (21) days of service. There being no timely objection to the entry of this Order, the Court considers the Motion unopposed. Accordingly, it is

**ORDERED:**

1. The Motion (Doc. No. 20) is GRANTED.

    2.       The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated pursuant to 11 U.S.C. § 362(d).

    3.       Movant, DIRECT GENERAL INSURANCE COMPANY, is entitled to proceed with the Complaint for Declaratory Judgment pending in the Circuit Court of the 20th Judicial Circuit in and for Collier County, under Case No.: 11-2025-CA-000950-0001-01 (the "Declaratory Action"), against Debtors, DAILYN ALPUIN HERNANDEZ and OSLEY LARA GILMAS, et al., so that the issue of coverage under the subject policy may be determined.

    4.       This Order is entered for the sole purpose of allowing Movant to proceed with the Declaratory Action. Movant may not seek any monetary damages against Debtors.

###

Attorney, Jennifer L. Morando, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of this order.